1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HADA SOSA DE PERIL, an individual, | CASE NO.:  2:20−cv−07311 JAK (Ex) |
| Plaintiff, | **DISCOVERY MATTER:** |
| v. | **[PROPOSED] ORDER RE STIPULATION RE PROTECTIVE ORDER** |
| SAM'S WEST, INC., a business entity; and DOES 1 through 100, inclusive, | |
| Defendants. | Courtroom:        10B<br>District Judge:    Hon. John A. Kronstadt<br>Magistrate Judge: Hon. Charles F. Eick<br>Complaint Filed: May 19, 2020<br>Trial Date:        Not yet assigned |

## <u>ORDER ON STIPULATION</u>

Base on the parties' stipulation and good cause appearing, the Court hereby ENTERS the Protective Order as set forth.

**IT IS SO ORDERED.**

Dated:   11/16/20

_____/S/ CHARLES F. EICK_____
The Honorable Charles F. Eick
United States Magistrate Judge

2354-9289